# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Claudia Pinnock<br><br>        Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC<br><br>        Defendant. | Case No. 2:14-cv-12498-NGE-MKM<br><br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty days.

                        RESPECTFULLY SUBMITTED,

                        Hyslip & Taylor, LLC, LPA

                        By:   s/ Jeffrey S. Hyslip____
                            Jeffrey S. Hyslip
                            Attorney for Plaintiff
                            1100 W. Cermak Rd., Suite B410
                            Chicago, IL  60608
                            312-380-6110
                            jeffrey@lifetimedebtsolutions.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's ECF System upon the following:


Theodore W. Seitz
Dykema Gossett PLLC
201 Townsend Street, Suite 900
Lansing, MI  48933

Counsel for:
Asset Acceptance, LLC

                                                                  <u>s/ Jeffrey S. Hyslip</u>