UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Claudia Pinnock  Plaintiff,  v.  Asset Acceptance, LLC  Defendant. | Case No. 2:14-cv-12498-NGE-MKM  **STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Hyslip & Taylor, LLC, LPA | Dykema Gossett, PLLC |
| By: /s/ Jeffrey S. Hyslip  Jeffrey S. Hyslip  917 W. 18th Street, Suite 200  Chicago, IL  60608  Telephone:  312-380-6110  Fax:  312-361-3509  Email: Jeffrey@lifetimedebtsolutions.com  Attorney for Plaintiff | By: /s/ Theodore W. Seitz  Theodore W. Seitz  201 Townsend Street, Suite 900  Lansing, MI  48933  Telephone:  517-374-9100  Fax: 855-258-3518  Email: tseitz@dykema.com  Attorney for Defendant |

## CERTIFICATE OF SERVICE

      I hereby certify that on October 2, 2014, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Theodore W. Seitz  
Dykema Gossett, PLLC  
201 Townsend Street, Suite 900  
Lansing, MI 48933

Counsel for:  
Asset Acceptance, LLC

                                                                         /s/ Jeffrey S. Hyslip____