UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Claudia Pinnock

    Plaintiff,

v.

Asset Acceptance, LLC

    Defendant.

Case No. 2:14-cv-12498-NGE-MKM

## ORDER

This matter having come before the Court on the Stipulation of Dismissal with Prejudice submitted by the parties;

IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed with prejudice, with each party to bear its own costs and fees.

DATE: October 3, 2014    s/ Nancy G. Edmunds
    UNITED STATES DISTRICT JUDGE